JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fred Powell,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Anheuser-Busch<br>Incorporated, et al.,<br><br>　　　　Defendant. | Case No. **CV 09-729-JFW (VBKx)**<br><br>**JUDGMENT** |

　　The Court, having granted the Defendant Anheuser-Busch Inc.'s motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Anheuser-Busch Inc. was entitled to judgment as a matter of law on all claims for relief alleged against it,

　　IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

　　1.　Plaintiff Fred Powell shall recover nothing from the named Defendant;

　　2.　Defendant Anheuser-Busch Inc. shall have judgment in its favor on Plaintiff Fred Powell's entire action; and

3. Defendant Anheuser-Busch Inc. shall recover from Plaintiff Fred Powell its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: September 24, 2012

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2